No. 92–5673.  HANEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–5675.  MORALEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–5678.  NELSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–5679.  PAYTON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–5682.  BONNER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–5683.  BELL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5689.  JACKSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–5691.  JALIL v. AVDEL CORP.  C. A. 3d Cir.  Certiorari denied.

No. 92–5693.  JOE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–5694.  BOLING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–5730.  BARBELLA v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–5738.  HOUSTON v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 91–1108.  DeKALB BOARD OF REALTORS, INC., ET AL. v. THOMPSON, DBA FLETCHER L. THOMPSON REALTY, ET AL.  C. A. 11th Cir.  Motion of American Society of Association Executives et al. for leave to file a brief as amici curiae granted.  Certiorari denied.